**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-22-0000324
17-AUG-2022
08:14 AM
Dkt. 17 OAWST**

NO. CAAP-22-0000324

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, IN TRUST FOR REGISTERED HOLDERS OF LONG BEACH MORTGAGE LOAN TRUST 2006-WL2, ASSET-BACKED CERTIFICATES, SERIES 2006-WL2, Plaintiff-Appellee, v. JANICE D. ELLISON, Defendant-Appellant, and HAWAII COMMUNITY FEDERAL CREDIT UNION; ASSOCIATION OF APARTMENT OWNERS OF KAAUHUHU HOMESTEADS, LOT 9, Defendants-Appellees, and JOHN AND MARY DOES 1-20; DOE PARTNERSHIPS, CORPORATIONS OR OTHER ENTITIES 1-20, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(CIVIL NO. 17-1-304K)

ORDER APPROVING STIPULATION TO DISMISS
(By: Hiraoka, Presiding Judge, McCullen and Chan, JJ.)

Upon consideration of the Stipulation and Order for Dismissal With Prejudice of Notice of Appeal Filed May 11, 2022, filed July 13, 2022, by Defendant-Appellant Janice D. Ellison, the papers in support, and the record, it appears that (1) the appeal has been docketed and the filing fees have been paid; (2) the parties stipulate to dismiss the appeal with prejudice and bear their own attorneys' fees and costs, under Hawaiʻi Rules

of Appellate Procedure Rule 42(b); and (3) the stipulation is dated and signed by counsel for all parties appearing in the appeal.

Therefore, IT IS HEREBY ORDERED that the stipulation is approved and the appeal is dismissed with prejudice.  The parties shall bear their own attorneys' fees and costs.

DATED:  Honolulu, Hawaiʻi, August 17, 2022.

/s/ Keith K. Hiraoka
Presiding Judge

/s/ Sonja M.P. McCullen
Associate Judge

/s/ Derrick H.M. Chan
Associate Judge